# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE LAMERE,<br><br>　　　　　Defendant. | No. CR05-4104-MWB<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO SUPPRESS AND AMENDED MOTION TO SUPPRESS** |

_____

## *I. INTRODUCTION AND BACKGROUND*

On September 21, 2005, an indictment was returned against defendant George Lamere, charging defendant with conspiring to distribute 50 grams or more of pure methamphetamine within 1000 feet of a park, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846, and 860, and possessing with intent to distribute 50 grams or more of pure methamphetamine within 1000 feet of a park, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 860. Defendant Lamere has filed a Motion To Suppress (#13) and an Amended Motion To Suppress (#17). Defendant Lamere's motions arise out of the search and seizure of evidence from an automobile in which he was a passenger. In his Motion To Suppress, defendant Lamere asserts that the police did not have probable cause to stop him and search the automobile in which he was a passenger. In his Amended Motion To Suppress, defendant Lamere seeks to suppress statements he claims he made at the time of his arrest but before he was informed of his constitutional rights as required by *Miranda v. Arizona*, 384 U.S. 436 (1966). Defendant Lamere's motions were referred to United States Magistrate Judge Paul A. Zoss, pursuant to 28 U.S.C. § 636(b). On November 17,

2005, an evidentiary hearing was held. On November 29, 2005, Judge Zoss filed a Report and Recommendation in which he recommends that defendant Lamere's motions be denied. Judge Zoss concluded that defendant Lamere was unable to identify any statements he allegedly made prior to being advised of his constitutional rights. Judge Zoss, therefore, recommended that defendant Lamere's Amended Motion To Suppress be denied. Judge Zoss also concluded, viewing the totality of the circumstances, that the police had probable cause to stop the vehicle in which defendant Lamere was traveling and to arrest Lamere and to search the automobile in which he was traveling. Therefore, Judge Zoss also recommended that defendant Lamere's Motion To Suppress be denied. Neither the government nor defendant Lamere have filed objections to Judge Zoss's Report and Recommendation.

## II. LEGAL ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's report and recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's report and recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance

> with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b). The Eighth Circuit Court of Appeals has repeatedly held that it is reversible error for the district court to fail to conduct a *de novo* review of a magistrate judge's report where such review is required. *See, e.g., Hosna v. Groose*, 80 F.3d 298, 306 (8th Cir.) (citing 28 U.S.C. § 636(b)(1)), *cert. denied*, 519 U.S. 860 (1996); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (citing *Belk v. Purkett*, 15 F.3d 803, 815 (8th Cir. 1994)); *Hudson v. Gammon*, 46 F.3d 785, 786 (8th Cir. 1995) (also citing *Belk*).

As the court noted above, no party has filed an objection to Judge Zoss's Report and Recommendation, and it appears to the court upon review of Judge Zoss's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **accepts** Judge Zoss's Report and Recommendation of November 29, 2005, and orders that defendant Lamere's Motion To Suppress and Amended Motion To Suppress are **denied**.

**IT IS SO ORDERED.**

**DATED** this 13th day of December, 2005.

_____
MARK W. BENNETT
CHIEF JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA